# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0314–5 | User: REshelman | Date Created: 3/2/2010 | |
| Case: 5:10–bk–00884–JJT | Form ID: B9B | Total: 146 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Knorr Contracting, Inc. | 7295 Old Berwick Road | Bloomsburg, PA 17815 | |
| cr | Commonwealth of Pennsylvania | Department of Labor and Industry UCTS | 625 Cherry Street, Room 203 | Reading, PA 19602 |
| tr | Robert P. Sheils, Jr (Trustee) | Sheils Law Associates, PC | 108 North Abington Road | Clarks Summit, PA 18411 |
| aty | John H. Doran | Doran &Doran, P.C. | 69 Public Square, Suite 700 | Wilkes–Barre, PA 18701 |
| 3485643 | ATTWireless | P O Box 129 | Newark, NJ 07101–0129 | |
| 3485631 | Aggregate Equipment Systems | 602 North 22nd St | Lebanon, PA 17046 | |
| 3485632 | Agteck | 368 Earhart Way | Livermore, CA 94551 | |
| 3485633 | Alban Tractor Co. Inc | 8531 Pulaski Highway | Baltimore, MD 21237 | |
| 3485634 | All Points Capital | 265 Broadhollow Road | P O Box 8914 | Melville, NY 11747 |
| 3485635 | Allenwood Equipment Inc | P O Box 98 | Route #15 | Allenwood, PA 17810 |
| 3485636 | Allenwood Equipment Inc | P O Box 98 | Route #15 | Allenwood, PA 17847 |
| 3485637 | Amato and Associates P.C. | Atty: Stephenson Equip | 107 N. Commerce Way St100 | Betlehem, PA 18017–8930 |
| 3485638 | American Asphalt Paving Co. | 500 Chase Road | Shavertown, PA 18708 | |
| 3485639 | Andrew W Barbin P.C. | Atty: Wargo Coal &Oil | 555 Gettsburg Pike St C–100 | Mechanicsburg, PA 17055 |
| 3485640 | Anthony R. Burgess, Esq. | Atty: Emerald Equip Sys | 4650 Baum Blvd | Pittsburgh, PA 15213–1237 |
| 3485641 | Apple and Apple P.C. | Atty: Emerald Equip | 4650 Baum Blvd | Pittsburg, PA 15213–1237 |
| 3485642 | Arundel Corporation | P O Box 5000 | Sparks, MD 21152–5000 | |
| 3485644 | Atty Robert B Worman | Atty: Thompson Pump | P O Box 32802 | Orlando, FL 32802 |
| 3485645 | Austin Powder Company | P O Box 6049–C | Cleveland, OH 44191 | |
| 3485646 | BKConstruction Equipment | P O Box 741 | Rt 6 | Wyalusing, PA 18853 |
| 3485648 | BBTEquipment Finance | Payment Processing | P O Box 580155 | Charlotte, NC 28258–0155 |
| 3485649 | BDU Corporation | Bearings &Drive | 1568 Hwy–Route 315 | Wilkes–Barre, PA 18702 |
| 3485647 | Bart Isett &Associates | 100 W Road St | Suite 200 | Hazleton, PA 18201 |
| 3485650 | Bernstein Law Firm P.C. | Atty: Wampum Hardware | St 2200 Gulf Tower | Pittsburgh, PA 15219 |
| 3485651 | Biros Utilities Inc. | P O Box 94 | Sheppton, PA 18248 | |
| 3485652 | Bloomsburg Hospital | 549 Fair Street | Bloomsburg, PA 17815 | |
| 3485653 | Boise Office Products | P O Box 360755 | Pittsburgh, PA 15250–6755 | |
| 3485658 | CDC Publishing LLC | P O Box 981097 | Boston, MA 02298 | |
| 3485654 | Capital One F.S.B. | P O Box 70884 | Charlotte, NC 28272–0885 | |
| 3485655 | Caterpillar Fin. Servs Corp | 2120 West End Ave | P O Box 340001 | Nashville, TN 37203–0001 |
| 3485656 | Caterpillar Fin. Servs. Corp. | 2120 West End Ave | P O Box 340001 | Nashville, TN 37203–0001 |
| 3485657 | Caterpiller Financial Serv. | P O Box 13834 | Newark, NJ 07188 | |
| 3485659 | Central Clay Products | 101 Scott Street | Wilkes–Barre, PA 18702 | |
| 3485660 | Central Penn Oil | 98 Carpenter St | Muncy, PA 17756 | |
| 3485661 | Central Tax Bureau | 128 WE Second St | Berwick, PA 18603 | |
| 3485662 | Certified Testing Labs | 754 E. Fairview St | Bethlehem, PA 18018 | |
| 3485663 | Charles A Szybist, Esq. | Atty: HD Supply | 423 Mulberry Street | Williamsport, PA 17701 |
| 3485664 | Charles F. Greevy, III, Esq. | Atty: Allenwood Equip Inc. | 330 Pine St Ste 403 | Williamsport, PA 17701 |
| 3485665 | Charles Muir, Treasurer | 30513 Prince William Street | P O Box 309 | Princess Anne, MD 21853 |
| 3485666 | Cleveland Brothers | P O Box 784531 | Philadelphia, PA 19178–4531 | |
| 3485667 | Columbia Supply &Service | 1700 Orange St | Berwick, PA 18603 | |
| 3485668 | Comm of PA Dept of Rev. | Bur of Compl– lien section | P O Box 280948 | Harrisburg, PA 17128–0948 |
| 3485669 | Comm of PA–Dept of Revenue | Bankruptcy Division | P O Box 280946 | Harrisburg, PA 17128–0946 |
| 3485670 | Comm of PA–Dept of Revenue | Bankruptcy Division | P O Box 280946 | Harrisburg, PA 17128–0946 |
| 3485671 | Commonwealth Equip Corp. | 373 Johnson St | Wilkes–Barre, PA 18702 | |
| 3485672 | Constructive Solutions | 3790 Commerce Ct St 600 | N. Tonawanda, NY 14120 | |
| 3485673 | Cook Brothers Truck Parts | 118 Brown St | Pittston, PA 18640 | |
| 3485674 | Craft Oil Corporation | 837 Cherry Street | Avoca, PA 18641 | |
| 3485675 | Cropper Oil Co Inc | 10535 Ocean Gateway | P O Box 905 | Berlin, MD 21811 |
| 3485676 | Dave Witt Aggregate Inc | Box 423 | Shamokin, PA 17872 | |
| 3485677 | Daw Pro Track | Div of Wilson–Finley Co. | 100 Rolling Ridge Dr | Bellefonte, PA 16823 |
| 3485678 | Deihl Vault &Precase Co | 1786 State Route 254 | Orangeville, PA 17859 | |
| 3485679 | Demsey Uniform &Linen Supp | 1200 Mid–Valley Drive | Jessup, PA 18434 | |
| 3486541 | Department of Labor and Industry – UCTS | Commonwealth of Pennsylvania | Attn: Joseph Kots | 625 Cherry St Room 203 | Reading, PA 19602 |
| 3485680 | Derr Pursel Luschas &Norton | 120 West Main St | P O Box 539 | Bloomsburg, PA 17815 |
| 3485681 | Echo Industrial Inc | 1615 Ritner Highway | Carlisle, PA 17013 | |
| 3485682 | Emerald Equipment Sys Inc | 602 N. 22nd St | Lehanon, PA 17046 | |

| | | | | |
|---|---|---|---|---|
| 3485683 | Financial Pacific Leasing | 3455 South 344th Way | Suite 300 | Federal Way, WA 98001 |
| 3485684 | Financial Pacific Leasing LLC | 3455 South 344th Way, Ste 300 | | Federal Way, WA 98001 |
| 3485685 | Friedman Electric Supply | 455 Broad St | Hazleton, PA 18201 | |
| 3485686 | Frontier Communications | 120 CTE Drive | Dallas, PA 18612 | |
| 3485690 | GTS−Welco | 145 Shimersville Rd | Bethlehem, PA 18015 | |
| 3485687 | General Electric Captial Corp. | 10 Riverview Drive | Danbury, CT 06810 | |
| 3485688 | Good Tire Service Inc | 401 South Water Street | Kittanning, PA 16201 | |
| 3485689 | Government Data Publ Inc | GDP Building−A/R Dept | 1661 McDonald Ave | Brooklyn, NY 11230 |
| 3485691 | Guarantee Insurance Co | 401 E Las Olas Blvd St 1540 | Fort Lauerdale, FL 33301 | |
| 3485692 | Guy W Schlesinger, Esq, | Atty: Kline's Auto Parts | 545 North Second St | Shamokin, PA 17872 |
| 3485693 | H D Supply | One Hughes Way | Orlando, FL 32805−2205 | |
| 3485694 | HRConstruction Parts | 20 Milburn | Buffalo, NY 14312 | |
| 3485696 | HD Supply Waterworks | 8307 Dickerson Lane | Salisbury, MD 21084 | |
| 3485695 | Hartman Agency Inc. | 420 William St | P O Box 1087 | Williamsport, PA 17703 |
| 3485697 | HealthAssurance Pa Inc | P O Box 6506 | Carol Stream, IL 60197 | |
| 3485698 | Highway Equipment &Supply | P O Box 1957 | Harrisburg, PA 17105 | |
| 3485699 | Highway Equipment Co | Dept L305P | Pittsburgh, PA 15264−0305 | |
| 3485700 | Ingersoll−Rand CMG.Ires | 75 Remittance Dr | Suite 6047 | Chicago, Il 60675 |
| 3485701 | Ingersoll−Rand Fin. Serv | Div of Citicapital Comm Corp | P O Box 6229 | Carol Stream, Il 60197−6229 |
| 3485702 | Internal Revenue Service | P O Box 21126 | Philadelphia, PA 19114−0326 | |
| 3485703 | International Salt | SPR Company | 655 Northern Blvd | Clarks Summit, PA 18411 |
| 3485704 | Interstate Road Mgmt | Box 188 | Hazleton, PA 18201 | |
| 3485708 | KFE Development | 11047 | Racetrack Road | Berlin, MD 21811 |
| 3485705 | Kanawha Scales &Systems | P O Box 569 | Poco, WV 25159 | |
| 3485706 | Keystone Fluid Power | 120 Unico Drive | Valmont Industrial Pk | Hazleton, PA 18201 |
| 3485707 | Keystone Quarry | 249 Dunham Drive | Dunmore, PA 18512 | |
| 3485709 | Kline's Auto Inc | 11 West Beech Street | Hazleton, PA 18201 | |
| 3485710 | L.B. Smith | P O Box 828808 | Philadelphia, PA 19182−8808 | |
| 3485711 | LB Water Service Inc | 550 South High St | Selinsgrove, PA 17870 | |
| 3485712 | Leighow Oil Co Inc | 118 Eyer Road | Danville, PA 17821 | |
| 3485713 | Lifestyle Retirement Co. | Pension Administration | 409 S Pugh St | State College, PA 16801 |
| 3485714 | M &D Electric | 14 S Hollywood Blvd | Hazleton, PA 18202 | |
| 3485715 | Magistrate Ronald W Swank | 321 S Mountain Blvd. | Mountain Top, PA 18707 | |
| 3485716 | McGraw Hill Companies | P O Box 5734 | Harlan, IA 51593−1234 | |
| 3485717 | Medico Industries Inc | 1500 Highway 315 | Wilkes−Barre, PA 18711 | |
| 3485718 | Michael J. Pasonick, Jr. Inc | 165 N Wilkes Barre Blvd | Wilkes−Barre, PA 18702 | |
| 3485719 | Murray Risk Mgmt &Ins. | 4999 Louise Dr. | Suite 201 | Mechanicsburg, PA 17055−6907 |
| 3485720 | Murrysville Machinery Co Inc | 1000 Commercial Court | Irwin, PA 15242 | |
| 3485721 | N &L Transportation Inc | P O Box 118 | Dunmore, PA 18512 | |
| 3485722 | National Limestone Quarry | P O Box 397 | Middleburg, PA 17842 | |
| 3485723 | Nazar Diesel, Inc. | 1251 Midvalley Drive | Jessup, PA 18434 | |
| 3485724 | Newport Aggregate | P O Box 27 | 31 North Market St | Nanticoke, PA 18634 |
| 3485725 | Nextel Partners Inc | P O Box 4181 | Carol Stream, IL 60197−4181 | |
| 3485726 | Offit/Kurman, P.A. | Atty: Arundel Corp. | 8 Park Center Ct − St 200 | Owings Mills, MD 21117 |
| 3485727 | Old Castle Precast | 200 Kaystone Dr | Telford, PA 18969 | |
| 3485728 | One Commucations Corp. | P O Box 1927 | Albany, NY 12202−1927 | |
| 3485729 | Orica USA Inc. | 971 Mountain Rd | Bloomsburg, PA 17815 | |
| 3485730 | PA Dept of Rev | Dept 280414 | Harrisburg, PA 17128−0414 | |
| 3485731 | PA One Call System, Inc. | P O Box 641121 | Pittsburgh, PA 15264−1121 | |
| 3485732 | PA UC Fund | Box 9 | Harrisburg, PA 19201 | |
| 3485733 | PAIS Ecological Servs Inc. | P O Box 2487 | Wilkes−Barre, PA 18703 | |
| 3485738 | PPl Electric Utilities | Two North Ninth Street | Allentown, PA 18101−1175 | |
| 3485734 | Parkway Products | 1266 Sans Souck Parkway | P O Box 1171 | Wilkes−Barre, PA 18703 |
| 3485735 | Pioneer Aggregates Inc. | t/a Simpson Stone Quarry | 202 Main St | Laflin, PA 18702 |
| 3485736 | Pitney Bowes Credit Corp | P O Box 856460 | Louisville, PA 18702 | |
| 3485737 | Platinum Platinum Plus | P O Box 15469 | Wilmington, DE 19886−5469 | |
| 3485739 | R.P. Lock Enterprises | Route #93 | Seybertsville, PA 18251 | |
| 3485740 | Reco Equipment | P O Box 160 | Morristown, PA 43759 | |
| 3485741 | Robert D Kodak, Esq | Atty: Wilson−Finely Co | P O Box 11848 | Harrisburg, PA 17108 |
| 3485742 | Safety Kleen Systems Inc. | 5400 Legacy Drive | Plano, TX 75024 | |
| 3485743 | Service Electric Cable TV | 201 W. Centre St | Mahonoy City, PA 17948 | |
| 3485744 | Skitco Iron Works | P O Box 173 | Hazleton, PA 18201 | |
| 3485745 | Slusser Brothers | 125 N. Warren St | W. Hazleton, PA 18201 | |
| 3485746 | Smith Hauling Inc | 3637 Route 36 | P O Box 9 | Oliveburg, PA 15764 |
| 3485747 | Southside Trailer Service | 310 Lake Avenue | P O Box 2300 | Blasdell, NY 14219−0500 |
| 3485748 | Stephenson Equipment Inc. | 7201 Paxton Street | Harrisburg, PA 17111 | |
| 3485749 | Swithers Heating Oil Serv. Inc. | 77 North Market St | Nanticoke, PA 18634−1599 | |
| 3485750 | Tamaqua Auto Parts | 1101 E. Broad Street | Tamaqua, PA 18252 | |
| 3485751 | Taylor Equipment, Inc. | 2882 Stoystown Rd | P O Box 625 | Somerset, PA 15501 |
| 3485752 | The Milnes Co., Inc | 12 Frear Hill Road | Tunkhannock, PA 18657 | |
| 3485753 | Thompson Pump | 1124 Ocean Highway | Pocomoke City, MD 21851 | |
| 3485754 | Traffic Control | P O Box 114 | 542 N. Hunter Highway | Drums, PA 1822 |
| 3485755 | Trench Tech Inc | 1302 Conshoken Road | Conshohocken, PA 19428 | |
| 3485756 | U S Treasury | Internal Revenue Service | Ogden, UT 84201−0010 | |
| 3485757 | UGI Penn Natural Gas | fka PGA Energy | One UGI Center | Wilkes Barre, PA 18711 |
| 3485758 | UGI Utilities Inc. Phila | P O Box 71203 | Philadelphia, PA 19176 | |

| | | | | |
|---|---|---|---|---|
| 3485761 | UST Idemnification Fund | Commonwealth of PA | P O Box 747034 | Pittsburgh, PA 15274–7034 |
| 3485759 | Union National Bank | 1071 Numidia Drive | P O Box 98 | Numidia, PA 17858 |
| 3485760 | United Rentals Inc. | 140 Hazle St | Wilkes–Barre, PA 18702 | |
| 3485762 | Valley Seeding Co. Inc. | 306 West County Rd | Sugarloaf, PA 18249 | |
| 3485763 | Verizon | P. O. Box 28000 | Lehigh Valley, PA 18002–8000 | |
| 3485764 | Verizon Wireless PA | Customer Service | P O Box 25505 | Lehigh Valley, PA 18002–5505 |
| 3485765 | Walters Services | 650 Firehouse Road | Grantville, PA 17028 | |
| 3485766 | Wampum Hardware Co | 636 Paden Road | New Galilee, PA 16141 | |
| 3485767 | Wargo Coal &Oil Delivery Inc | 2 South Kennedy Drive | McAdoo, PA 18237–1806 | |
| 3485768 | Williams Scotsman Inc | 8211 Town Center Drive | Baltimore, MD 21236 | |
| 3485769 | Wilson Finley Co | 100 Rolling Ridge Drive | Bellefonte, PA 16823 | |
| 3485770 | Worth Construction Inc | P O Box 278 | Fruitland, MD 21826 | |
| 3485771 | Xero Fax Inc | P O Box 65777 | Charlotte, NC 28265–0777 | |

TOTAL: 146