## IN THE UNITED STATES BANKRUPTCYCOURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| KNORR CONTRACTING, INC., | : | Case No. 5:10-bk-00884-JJT |
| | : | |
| Debtor. | : | |
| _____ | : | |
| CATERPILLAR FINANCIAL SERVICES | : | |
| CORPORATION, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KNORR CONTRACTING, INC., | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

### ORDER OF COURT

Upon consideration of Motion of Caterpillar Financial Services Corporation ("CAT Financial") for an Order

Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion"), it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that CAT Financial is granted relief from the automatic stay with respect to the Vehicle (as defined

in the Motion); and it is further

ORDERED, that the Debtor shall immediately surrender the Vehicle to CAT Financial.

### By the Court,

_____

John J. Thomas, Bankruptcy Judge
(PJR)

*This document is electronically signed and filed on the same date.*

Dated: May 20, 2010