IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO.: 5:10-bk-00884-JJT |
| KNORR CONTRACTING, INC. : | |
| : | CHAPTER 7 |
| Debtors : | |

## ORDER

AND NOW, upon consideration of the Motion of American Asphalt Paving Co., with the consent of the debtor and the Chapter 7 Trustee any responses thereto, and after an opportunity of a hearing, now therefore it is hereby ORDERED and DECREED that the Motion of American Asphalt Paving Co., is GRANTED and it is authorized to proceed with the litigation pending in the Court of Common Pleas of Luzerne County, Pennsylvania, the 11th Judicial District of the Commonwealth of Pennsylvania under Docket Number: 8771 C of 2007 against the Defendant Aegis Security Insurance Company. American Asphalt Paving Co. shall limit its right to collect all recoverable sums under the terms of the payment bonds provided by Aegis Security Insurance Co.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(BC)

*This document is electronically signed and filed on the same date.*

Dated: May 21, 2010